AARON D. FORD
  Attorney General
DARBY G. PHELPS, Bar No. 14599
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1159
E-mail: dphelps@ag.nv.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KARL SCHENKER, | Case No. 3:17-cv-00733-MMD-CBC |
| Plaintiff, | |
| v. | **MOTION FOR EXTENSION OF TIME** |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendants, by and through counsel Aaron D. Ford, Attorney General of the State of Nevada, and Darby G. Phelps, Deputy Attorney General, hereby move to extend the deadline to file an opposition to Plaintiff's "Emergency Motion" for an Order to be Returned to Lovelock Corr. Ctr. And Exclude Mediation at this Court's Discretion (ECF No. 19) until 10 days after the present stay is lifted.

Defendants note Plaintiff is not in imminent danger of irreparable injury if he is not transferred from Northern Nevada Correctional Center to Lovelock Correctional Center. Accordingly, Defendants

/ / /
/ / /
/ / /
/ / /
/ / /

1

respectfully request that this Court enter an Order extending the deadline to file an opposition to Plaintiff's motion (ECF No. 19) until 10 days after the stay is lifted.

DATED this 14th day of January, 2019.

                AARON D. FORD
                Attorney General

                By: _____
                      DARBY G. PHELPS
                      Deputy Attorney General
                      State of Nevada
                      Bureau of Litigation
                      Public Safety Division

*Attorneys for Defendants*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: 1/15/2019

2

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 14th day of January, 2019, I caused to be served a copy of the foregoing, **MOTION FOR EXTENSION OF TIME**, by U.S. District Court CM/CFE Electronic Filing to:

Karl W. Schenker #1026941
Care of NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

_____
An employee of the
Office of the Attorney General

3