AARON D. FORD
  Attorney General
DARBY G. PHELPS, Bar No. 14599
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1159
E-mail: dphelps@ag.nv.gov
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KARL SCHENKER,

    Plaintiff,

v.

NEVADA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

Case No. 3:17-cv-00733-MMD-CBC

**STIPULATION AND ORDER OF DISMISSAL**

It is hereby stipulated and agreed by and between Plaintiff, Karl Schenker, and all Defendants in this matter, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Darby G. Phelps, Deputy Attorney General, that the above-captioned matter is dismissed with prejudice, and each party will bear their own attorney fees and costs.

_____
Karl Schenker, Plaintiff
*Pro Se*

Dated: 5/7/19

AARON D. FORD
Attorney General

By: _____
Darby G. Phelps (Bar No. 14599)
Deputy Attorney General
Attorneys for Defendants

Dated: 5/10/19

IT IS SO ORDERED.

Dated: May 20, 2019.

_____
UNITED STATES DISTRICT JUDGE

1

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 10th day of May, 2019, I caused to be served a copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL**, by U.S. District Court CM/CFE Electronic Filing to:

Karl W. Schenker #1026941
Care of NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

*[signature]*
An employee of the
Office of the Attorney General